UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICKY LEE BIELICKI,

        Plaintiff,

v.

BRADLEY J. DOEPKER, TYLER G.
DAVIDSON, SHEPHERD TRI-TOWNSHIP
FIRE DEPARTMENT, and SAGINAW
CHIPPEWA TRIBAL FIRE DEPARTMENT,

        Defendants.
_____/

Case Number 23-12692
Honorable David M. Lawson
Magistrate Judge Patricia T. Morris

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND DISMISSING CLAIMS AGAINST DEFENDANT
SAGINAW CHIPPEWA TRIBAL FIRE DEPARTMENT
AND CONTINUING REFERRAL TO MAGISTRATE JUDGE**

      Presently before the Court is the report issued on January 25, 2024 by Magistrate Judge David R. Grand pursuant to 28 U.S.C. § 636(b) recommending that the Court dismiss the plaintiff's claims against defendants Mount Pleasant City Fire Department and Saginaw Chippewa Tribal Fire Department. The deadline for filing objections to the report has passed, and no objections have been filed. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge. The Court notes that the plaintiff's claims against defendant Mount Pleasant Fire Department previously were dismissed by stipulation of the parties.

- 2 -

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 25) is **ADOPTED**, and all of the plaintiff's claims against defendant Saginaw Chippewa Tribal Fire Department **ONLY** are **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that the referral of the case to the assigned magistrate judge is **CONTINUED**.

s/David M. Lawson<br>
DAVID M. LAWSON<br>
United States District Judge

Dated:   March 6, 2024