UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| RICKIE LEE BEILICKI, | Case No. 1:23-cv-12692 |
| *Plaintiff,* | David M. Lawson<br>United States District Judge |
| v. | |
| BRADLEY J. DOEPKER, et al., | Patricia T. Morris<br>United States Magistrate Judge |
| *Defendants.* | |
| _____/ | |

## ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO BE EXCLUDED FROM ELECTRONIC FILING MANDATES FOR CAUSE PURSUANT TO LR 5.1.1 (ECF No. 17)

Now before the Court is Plaintiff's Motion to Be Excluded from Electronic Filing Mandates for Cause Pursuant to LR 5.1.1. (ECF No. 17.)

Pursuant to Local Rule 5.1.1(a) and Rule 9(e) of this Court's Electronic Filing Policies and Procedures, "A party who is pro se and not a filing user, or a party excused from electronic filing under Fed. R. Civ. P. 5(d)(3)(A), is entitled to a hard copy of any paper filed electronically. Service of such copy must be made according to the federal rules of procedure (civil and criminal) and local rules."

Therefore, Plaintiffs Motion to Be Excluded from Electronic Filing Mandates for Cause Pursuant to LR 5.1.1. (ECF No. 17) is DENIED AS MOOT. Plaintiff is

not expected to electronically file his pleadings and may continue to submit hard copies to the Court for processing by the Clerk's Office.

**IT IS ORDERED.**

Date: March 22, 2024                    S/ PATRICIA T. MORRIS
                                        Patricia T. Morris
                                        United States Magistrate Judge