UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICKY LEE BIELICKI,

        Plaintiff,                        Case Number 23-12692

v.                                           Honorable David M. Lawson
                                             Magistrate Judge Patricia T. Morris

BRADLEY J. DOEPKER, TYLER G.
DAVIDSON, SHEPHERD TRI-TOWNSHIP
FIRE DEPARTMENT, MOUNT PLEASANT
CITY FIRE DEPARTMENT, and SAGINAW
CHIPPEWA TRIBAL FIRE DEPARTMENT,

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND DISMISSING THE COMPLAINT WITHOUT PREJUDICE

Presently before the Court is the report issued on June 17, 2025 by Magistrate Judge Patricia T. Morris pursuant to 28 U.S.C. § 636(b) recommending that the Court dismiss the complaint without prejudice because the Court has been informed that the plaintiff has suffered a medical disability rendering him unable to prosecute the suit on his own behalf, and no counsel of record has appeared to continue the litigation. The deadline for filing objections to the report has passed, and no party has objected to the recommended disposition. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 66) is **ADOPTED**, and the complaint is **DISMISSED WITHOUT PREJUDICE**.

- 2 -

It is further **ORDERED** that the defendants' pending motions (ECF No. 42, 55) are **DISMISSED** as moot.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Dated:   July 17, 2025